MORRIS MANSON et al., Respondents, *v.* THE METROPOLITAN SURETY COMPANY et al., Appellants.

*Manson* v. *Metropolitan Surety Co.*, 128 App. Div. 577, affirmed.
(Argued October 17, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 19, 1908, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a policy of insurance against burglary.

*John Burlinson Coleman* and *Edward R. Finch* for appellants.

*George Ryall* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ.